NOTE:  Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent.  It is a public record.  The disposition will appear in tables published periodically.

# United States Court of Appeals for the Federal Circuit

05-3216

NORMA MANARES,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

_____

DECIDED:  February 9, 2006

_____

Before MICHEL, Chief Judge, FRIEDMAN, Senior Circuit Judge, and LINN, Circuit Judge.

PER CURIAM.

## DECISION

The decision of the Merit Systems Protection Board, Manares v. Off. of Pers. Mgmt., 2005 M.S.P.B. LEXIS 1866, No. SF-0831-04-0347-I-1 (M.S.P.B. May 3, 2005), which affirmed the Office of Personnel Management's final determination that the petitioner Norma Manares was not entitled to a civil service survivor annuity, is affirmed

on the basis of the opinion of the Board's administrative judge, <u>Manares v. Off. of Pers. Mgmt.</u>, 2004 M.S.P.B. LEXIS 3437, No. SF-0831-04-0347-I-1 (M.S.P.B. July 14, 2004).